USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/19

# BIG BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
Rita Bonicelli
Harleigh Tensen
Of Counsel:
James Moschella

November 18, 2019

**Via ECF**
Hon. Richard J. Sullivan
United States Circuit Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on November 26, 2019, is adjourned to Friday, January 24, 2020 at 10:00 a.m. The sentencing shall be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY. Defendant shall file his sentencing submission by January 10, 2019, and the government shall file its sentencing submission by January 17, 2019.
>
> SO ORDERED.
> Dated: 11/18/19
> RICHARD J. SULLIVAN
> U.S.D.J.

Re: *United States v. Darren Miller, 18 Cr. 373*

Dear Judge Sullivan:

I write to request an adjournment of Mr. Miller's sentencing, currently scheduled for November 26, 2019.

Mr. Miller has asked for the assistance of a sentencing mitigation specialist, and I have located someone who has agreed to work with him to prepare a report for the Court in aid of our sentencing arguments. I will be submitting an authorization shortly.

I am therefore requesting an adjournment of approximately 60 days so that the report may be submitted to the Court in advance of sentencing.

The Government consents to my adjournment request.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788

64 Hilton Avenue
Hempstead, N.Y. 11550

67A Main Street
Suite 2
East Hampton, N.Y. 11937