# BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
Rita Bonicelli
Harleigh Tensen
Of Counsel:
James Moschella

January 20, 2020

**Via ECF**
Hon. Richard J. Sullivan
United States Circuit Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States* v. *Darren Miller, 18 Cr. 373*

Dear Judge Sullivan:

I write to request an adjournment of Mr. Miller's sentencing, currently scheduled for January 24, 2020.

Mr. Miller had asked for the assistance of a sentencing mitigation specialist, and I had located someone who had agreed to work with him to prepare a report for the Court in aid of our sentencing arguments.

The case budgeting attorney denied the request for the mitigation specialist, based upon his quoted fee. We have identified a specialist who is more cost effective, but she has not had a chance to begin her work. I will be submitting an authorization shortly.

I am therefore requesting an adjournment of approximately 60 days so that the report may be submitted to the Court in advance of sentencing.

The Government consents to my adjournment request.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

---

IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on January 24, 2020, is adjourned to Tuesday, March 24, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by March 10, 2020, and the government shall file its sentencing submission by March 17, 2020.

SO ORDERED.

Dated: January 10, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/20

---

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788

64 Hilton Avenue
Hempstead, N.Y. 11550

67A Main Street
Suite 2
East Hampton, N.Y. 11937