UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | No. 18-cr-373-10 (RJS) |
| DARREN MILLER, | <u>ORDER</u> |
| Defendant. | |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

IT IS HEREBY ORDERED THAT the government shall file a letter by Monday, April 13, 2020, setting forth its position on defendant's motion for a temporary release from custody pending sentencing (ECF No. 656).

SO ORDERED.

Dated: April 9, 2020
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation