**BRILL LEGAL GROUP, P.C.**  Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

September 9, 2020

**Via ECF**
Hon. Richard J. Sullivan
United States Circuit Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Darren Miller,* 18 Cr. 373

Dear Judge Sullivan:

    I represent Darren Miller, who is currently scheduled to be sentenced on September 21, 2020. I am respectfully requesting that the sentencing be adjourned for a few weeks to allow us to complete our sentencing submission, which has been delayed due to poor access to our client during the pandemic. The Government consents to this request. Mr. Miller is requesting to appear before the Court in person.

    If at all possible, I would request one of the following dates: October 8, 15, 16, 22, 27, 29 or 30. Thank you for your consideration.

IT IS HEREBY ORDERED THAT the sentencing scheduled for September 21, 2020 is adjourned to October 27, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Respectfully submitted,

Peter E. Brill

SO ORDERED
Dated: 9/9/20
RICHARD J. SULLIVAN
U.S.D.J.

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788