**BRILL LEGAL GROUP, P.C.**  Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

October 16, 2020

**Via ECF**
Hon. Richard J. Sullivan
United States Circuit Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Darren Miller,* **18 Cr. 373**

> IT IS HEREBY ORDERED THAT the sentencing scheduled for October 27, 2020 is adjourned to December 28, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. IT IS FURTHER ORDERED THAT the defendant shall file his sentencing submission by December 14, 2020, and the government shall file its sentencing submission by December 21, 2020.
>
> SO ORDERED
> Dated: 10/16/2020   RICHARD J. SULLIVAN, U.S.D.J.

Dear Judge Sullivan:

I represent Darren Miller, who is currently scheduled to be sentenced on October 27, 2020. I am respectfully requesting that the sentencing be adjourned for approximately 60 days to allow us to complete our sentencing submission, which has been delayed due to ongoing poor access to our client during the pandemic by our mitigation specialist.

Mr. Miller has personally requested that I ask the Court for the additional time. Mr. Miller is requesting to appear before the Court in person.

The Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill