The Law Office of

# **Treyvus & Konoski, P.C.**

**Attorneys and Counselors at Law**

305 Broadway, 7th Floor
New York, NY 10007
(212) 897-5832
Fax: (718) 351-1918
www.TKCriminalDefense.com

# **REQUEST TO THE CLERK OF THE COURT**

I would kindly ask to be removed from the ECF notifications on this case. I am no longer representing the defendant in this matter.

Thank you for your time and attention to this request.

Sincerely,

/s/ Bryan Konoski

BRYAN KONOSKI

```
IT IS HEREBY ORDERED THAT the Clerk of Court is directed to remove Bryan
Konoski from the ECF notifications in this case.
```

SO ORDERED: _____
Dated: 11/12/2020   RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

The law firm partners, Kira Treyvus and Bryan Konoski, are admitted to practice State Law in New York and New Jersey only. However, under federal administrative law, the partners are permitted to practice Social Security Disability law before the Social Security Administration throughout the United States.