UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DARREN MILLER,<br><br>       Defendant. | No. 18-cr-373-10 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  IT IS HEREBY ORDERED THAT Defendant's sentencing will take place on Wednesday, May 5, 2021 at 9:00 a.m. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

  Dial-in: 855-268-7844
  Access code: 67812309#
  PIN: 9921299#

SO ORDERED.

Dated: April 29, 2021
    New York, New York

                     RICHARD J. SULLIVAN
                     UNITED STATES CIRCUIT JUDGE
                     Sitting by Designation